UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-00354-ODW-PD                    Date: February 19, 2026

Title   *Maher Farik Moric Kelada v. Ernesto Santacruz, Jr., et al.*

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):    Order To Show Cause Why Petition Should Not Be Granted**

On January 27, 2026, Petitioner Maher Rafik Moric Kelda filed a counseled Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  Dkt. No. 1.  On January 30, 2026, the Court issued an order requiring Respondents to file a response to the petition by February 13, 2026.  Dkt. No. 4.  CM/ECF shows that the order was electronically mailed to the following: "OIL-DCS Trial Attorney" at oil-dcs.cacd@usdoj.gov, caseview.ecf@usdoj.gov, USACAC.Habeas@usdoj.gov; and "Assistant 2241-194 US Attorney LA-CV" at USACAC.Habeas@usdoj.gov, CaseView.ECF@usdoj.gov, and USACAC.Civil@usdoj.gov.

To date, Respondents have not filed a response.

Respondents are ordered to show cause by **February 23, 2026** why the Petition should not be granted.  The order to show cause can be discharged by filing a response to the Petition and a declaration addressing the failure to comply with the Court-ordered deadline.

IT IS SO ORDERED.