UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-00354-PD                    Date:  March 18, 2026

Title   *Maher Farik Moric Kelada v. Ernesto Santacruz, Jr., et al.*

Present:  The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | Court Smart 03/18/26 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:     Attorneys Present for Defendants:

Gihan L. Thomas                          Patrick J. Kearney

**Proceedings:  Hearing on Habeas Petition**

On March 18 2026, the Court held a hearing on the Petition.

:15

CV-90 (03/15)                    Civil Minutes – General                    Page **1** of **1**