JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER RAFIK MORIC KELADA, | Case No. 5:26-cv-00354-PD |
| Petitioner, | **JUDGMENT** |
| v. | |
| ERNESTO SANTACRUZ, JR., et al., | |
| Respondents. | |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to Count Two under procedural due process.  The remaining three counts are dismissed without prejudice.

DATED: March 19, 2026



PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE